# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GEORGE ADONIS CARTER

NO. 2021 KW 0313

**MAY 24, 2021**

---

In Re:    George Adonis Carter, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 77,666.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT